Christopher Paul Kailani Medeiros (SBN 319418)
ABA IMMIGRATION JUSTICE PROJECT
2727 Camino Del Rio S. #320
San Diego, CA 92108
Tel: 619-255-8815
Fax: 619-255-8792
christopher.medeiros@abaijp.org

Attorney for Petitioner

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMIDULLAH HABIBI,<br><br>                      Petitioner,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States; CHAD WOLF, Acting Secretary of Homeland Security; MATTHRW T. ALBENCE, Deputy Director and Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement; GREGORY ARCHAMBAULT, Field Office Director, Immigration and Customs Enforcement, JAMES DOBSON, Assistant Field Office Director, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center,<br><br>                      Respondents. | Case No.: 20-CV-00618-BAS-RBB<br><br>Agency No.: A 216-269-200<br><br>**LIST OF EXHIBITS IN SUPPORT OF AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

**Exhibits**

A. Declaration of Christopher Medeiros

B. Declaration of Harper Otawka

C. Mr. Habibi's evidentiary submission in support of release on bond

D. Decision of the Board of Immigration appeals dismissing Mr. Habibi's appeal of his removal order (submitted by DHS in opposition to Mr. Habibi's release on bond)

E. Bond order of the Immigration Judge, ordering Mr. Habibi released from custody under a $30,000 bond